1  Matthew Mellen (SBN: 233350)
   Duncan McGee Nefcy (SBN: 315142)
2  MELLEN LAW FIRM
   1050 Marina Village Parkway, Suite 102
3  Alameda, CA 94501
   Telephone:  (510) 263-9638
4  Facsimile:   (415) 276-1902
   email@mellenlawfirm.com
5
   Attorneys for Plaintiff
6  JOHN BASTILLE GREENE, JR

7

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10

| JOHN BATIESTE GREENE, JR., an individual | CASE NO. 3:19-cv-01073-LB |
|---|---|
| Plaintiff, | **PLAINTIFF'S OBJECTION TO DEFENDANTS' REQUEST FOR JUDICIAL NOTICE** |
| v. | Date:        May 23, 2019<br>Time:       09:30 AM<br>Location:  Courtroom B, 15th |
| FAY SERVICING, LLC, a business entity; U.S. BANK NATIONAL ASSOCIATION; a business entity; AFFINIA DEFAULT SERVICES, LLC, a business entity; DOES 1 through 10, inclusive, | Hon. Judge Laurel Beeler |
|  | Complaint Filed: January 24, 2019<br>Action Removed: February 27, 2019<br>Trial Date:        None Set |
| Defendants. |  |

Plaintiff JOHN BATIESTE GREENE, JR. (hereinafter, "Plaintiff") respectfully submits the following objection to Defendants', FAY SERVICING, LLC and U.S. BANK NATIONAL ASSOCIATION (hereinafter and collectively, "Defendants"), Request for Judicial Notice filed in support of their Motion to Dismiss Plaintiff's Complaint:

## I. INTRODUCTION

Defendants seek the Court's Judicial Notice of a 2013 Notice of Default, various items from Bankruptcy, and their self-serving and unauthenticated letter that they allege to have sent to Plaintiff. Defendants mark these items as Exhibits to their Request for Judicial Notice. Dkt. No. 7-1, 7-3, 7-4, 7-5, 7-8, & 7-9. Plaintiff objects to these Exhibits because they are either irrelevant to the case at bar, or they are they of questionable accuracy, and therefore not subject to judicial notice.

## II. OBJECTION TO REQUEST FOR JUDICIAL NOTICE

Under Federal Rule 201, judicial notice may be taken of Facts and propositions that are not reasonably subject to dispute because it (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned. Fed. R. Evid. Rule 201.

The Federal Rules of Evidence also require that in order to be judicially noticeable, the matter must be "an adjudicative fact". Fed. R. Evid. Rule 201(a). Furthermore, in order to be an "adjudicative fact," it must be relevant under the Federal Rules of Evidence. Blye v. Cal. Supreme Court, 2014 U.S. Dist. LEXIS 7329, *3 (N.D. Cal. Jan. 21, 2014) ("[A]n irrelevant fact is one not of consequence in determining the action, see Fed. R. Evid. 401(b), and therefore cannot be classified as an adjudicative fact"); *and* La Spina v. Wucherer,1996 U.S. Dist. LEXIS 16095 (S.D. Cal. Oct. 9, 1996) (explaining that judicial notice is used to establish "relevant" facts). In other words, matters that are not relevant under Rule 401(b) of the Federal Rules of Evidence are not subject to judicial notice.

Defendants' Exhibits 2, 3, 4, and 8 are not of any consequence to the action.

1

All of the facts giving rise to the present action occurred when Defendants acquired interests in the subject mortgage loan.  These exhibits do not make any fact material to the litigation more or less probable and are therefore no relevant.  Therefore, they are not subject to judicial notice.

Exhibit 7, although arguably of consequence in determining the action, is absolutely not judicially noticeable.  Exhibit 7 is an unauthenticated letter from Defendant FAY SERVICING that is not a part of any official record, it is generally known within the trial court's territorial jurisdiction, it cannot be accurately and readily determined from sources whose accuracy cannot reasonably be questioned, and it is blatantly self-serving and was introduced into this litigation by Defendant FAY SERVICING for no purpose other than attacking Plaintiff's claim.  Therefore, this Court cannot judicially notice Exhibit 7.

### III.   **CONCLUSION**

Based on everything stated herein, Plaintiff respectfully requests that Defendants' Request for Judicial Notice be denied as to Exhibits 2, 3, 4, 7, and 8.

DATED: March 21, 2019                              Respectfully submitted,

MELLEN LAW FIRM

*/s/ Duncan McGee Nefcy*
Duncan McGee Nefcy, Esq.
Attorney for Plaintiff
JOHN BATIESTE GREENE, JR

# CERTIFICATE OF SERVICE
United States District Court – Northern District of California
Case Number: 3:19-cv-01073-LB

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Alameda, California; my business address is Mellen Law Firm, 1050 Marina Village Parkway, Suite 102, Alameda, CA 94501.

On the date below, I served a copy of the foregoing document entitled:

**PLAINTIFF'S OBJECTION TO DEFENDANTS' REQUEST FOR JUDICIAL NOTICE**

on the interested parties in said case as follows:

*Served Electronically Via the Court's CM/ECF System:*

| | |
|---|---|
| Jana Logan, Esq.<br>KIRBY & McGUINN, A.P.C.<br>707 Broadway. Suite 1750<br>San Diego, CA 92101<br>jlogan@kirbymac.com<br><br>*Counsel for Defendants FAY SERVICING, LLC & U.S. BANK NATIONAL ASSOCIATION* | Nabeel Zuberi, Esq<br>MaCalla, Raymer, Leibert, Pierce, LLC<br>301 E. Ocean Dr. Suite 1720<br>Logn Beach, CA 90802<br>Nabeel.Zuberi@mcCalla.com<br><br>*Counsel for AFFINIA DEFAULT SERVICES, LLC* |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

This declaration is executed on Alameda, California on March 21, 2019.

Duncan McGee Nefcy  /s/ Duncan McGee Nefcy
(Type or Print Name)  (Signature of Declarant)