UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| JOHN BATIESTE GREENE, JR.,<br><br>    Plaintiff,<br><br>    v.<br><br>FAY SERVICING, LLC, et al.,<br><br>    Defendants. | Case No. 19-cv-01073-LB<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the court refers the above-titled case to United States Magistrate Judge Jacqueline Scott Corley, to consider whether the case is related to *Greene v. Wells Fargo Bank, N.A.*, No. 3:18-cv-06689-JSC.

**IT IS SO ORDERED.**

Dated: March 25, 2019

_____
LAUREL BEELER
United States Magistrate Judge

ORDER ─ No. 19-cv-01073-LB