UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN BATIESTE GREENE, JR.,

                Plaintiff,

    v.

FAY SERVICING, LLC, et al.,

                Defendants.

Case No. 19-cv-01073-JSC

**ORDER TO SHOW CAUSE RE: CITIZENSHIP OF DEFENDANT FAY SERVICING, LLC**

Plaintiff's motion to remand is pending before the Court, (Dkt. No. 11). To resolve the motion, the Court requires clarification regarding the citizenship of Defendant Fay Servicing, LLC. The Ninth Circuit has held that for purposes of determining complete diversity, "an LLC is a citizen of every state of which its owners/members are citizens." *Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). Defendants' notice of removal does not specify the citizenship of Fay Servicing, LLC's "owners/members," and instead provides information relevant to the citizenship of a corporation, not an LLC.[1] (*See* Dkt. No. 1 at 5 (asserting that Fay Servicing, LLC is organized in Delaware, "with its principal place of business in Illinois.").

Accordingly, Defendant Fay Servicing, LLC shall file a declaration clarifying its citizenship by April 12, 2019 at 12 p.m.

**IT IS SO ORDERED.**

Dated: April 9, 2019

JACQUELINE SCOTT CORLEY
United States Magistrate Judge

---

[1] The notice of removal provides similar information for Defendant Affinia Default Services, LLC. (*See* Dkt. No. 1 at 5-6.) However, the Court is satisfied as to the citizenship of Defendant Affinia based on information provided in the related case. *See Greene v. Wells Fargo Bank, N.A., et al.*, 18-cv-06689-JSC, 2019 WL 1331027, at *3 n.9 (N.D. Cal. Mar. 25, 2019).

United States District Court
Northern District of California