UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BATIESTE GREENE, JR., <br><br>Plaintiff, <br><br>v. <br><br>FAY SERVICING, LLC, et al., <br><br>Defendants. | Case No. 19-cv-01073-JSC <br><br>**SECOND ORDER TO SHOW CAUSE RE: CITIZENSHIP OF DEFENDANT FAY SERVICING, LLC** |

The Court's April 9, 2019 Order to Show Cause ("OSC") sought clarification regarding the citizenship of Defendant Fay Servicing, LLC ("Fay Servicing") because for purposes of determining complete diversity, "an LLC is a citizen of every state of which its owners/members are citizens." *See Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). Defendants' notice of removal does not specify the citizenship of Fay Servicing's "owners/members," and instead provides information relevant to the citizenship of a corporation, not an LLC. (*See* Dkt. No. 1 at 5 (asserting that Fay Servicing, LLC is organized in Delaware, "with its principal place of business in Illinois.").) Thus, the Court ordered Fay Servicing to provide a declaration clarifying its citizenship. (Dkt. No. 36.)

Fay Servicing responded to the Court's OSC with a declaration attesting that "[t]he sole member and owner of Fay Servicing, LLC is Fay Management, LLC," which is a "Delaware limited liability company." (Dkt. No. 37-1 at ¶ 3.) That information does not clarify the citizenship of Fay Servicing, however, because "**an LLC is a citizen of every state of which its owners/members are citizens.**" *See Johnson*, 437 F.3d at 899. Thus, the citizenship of Fay Servicing depends on the citizenship of Fay Management, LLC's "owners/members." *See id.*

Accordingly, Fay Servicing shall file a declaration clarifying the citizenship of its sole owner and member—Fay Management, LLC—by April 12, 2019 at 12 p.m.

**IT IS SO ORDERED.**

Dated: April 11, 2019

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge