Jana Logan (SBN 171152)
KIRBY & McGUINN, A P.C.
707 Broadway, Suite 1750
San Diego, California 92101
Telephone: (619) 398-3354
Facsimile: (619) 398-3355
E-mail:  jlogan@kirbymac.com

Attorneys for Defendants
Fay Servicing, LLC
U.S. Bank, National Association, as Legal Title Trustee for Truman 2016 SC6 Title Trust (erroneously sued herein as U.S. Bank National Association)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BATIESTE GREENE, JR.<br><br>Plaintiff,<br><br>v.<br><br>FAY SERVICING, LLC, a business entity; U.S. BANK NATIONAL ASSOCIATION, a business entity; AFFINIA DEFAULT SERVICES, LLC, a business entity; DOES 1 through 10, inclusive<br><br>Defendants. | CASE NO.  3:19-cv-01073-JSC<br><br>**FAY SERVICING, LLC'S RESPONSE TO THIRD OSC RE CITIZENSHIP**<br><br>Ctrm:   15th Floor, Courtroom F<br>Judge:  Hon. Jacqueline Scott Corley<br><br>Action Filed: January 24, 2019<br>Removed:     February 27, 2019 |

Defendant Fay Servicing, LLC ("Defendant"), by and through its attorneys of record, hereby responds to the Court's Third Order to Show Cause regarding the citizenship of Defendant. (Dkt. No. 41.)

Initially, Defendant removed on two grounds: (1) federal question, and (2) diversity. The Court issued two previous orders to show cause seeking clarification regarding the citizenship of Defendant, to which Defendant responded. The Court then issued a third OSC re: Citizenship, to which Defendant now responds. Defendant now vacates removal based upon diversity and proceeds solely on its removal for a federal question.

Respectfully submitted,

DATED: April 19, 2019              KIRBY & McGUINN, A P.C.

BY: /s/ *Jana Logan*
JANA LOGAN
Attorneys for Defendants
Fay Servicing, LLC
U.S. Bank, National Association, as Legal Title Trustee for Truman 2016 SC6 Title Trust